DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| SEALED,<br><br>        Plaintiff,<br><br>vs.<br><br>SEALED,<br><br>        Defendants. | CIVIL CASE NO. 04-00037 |

1

# "SEALED"

(Order Filed 08/05/04)