DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| 2 |

| SEALED, | CIVIL CASE NO. 04-00037 |
| Plaintiff, | |
| vs. | |
| SEALED, | |
| Defendants. | |

# "SEALED"

(Order Filed 08/05/04)