DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| SEALED,<br><br>                  Plaintiff,<br><br>    vs.<br><br>SEALED,<br><br>                  Defendants. | CIVIL CASE NO. 04-00037 |

4

# "SEALED"

(Order Filed 08/05/04)