ORIGINAL

```
THE LAW OFFICES OF MARK S. SMITH
456 West O'Brien Drive, Suite 102-D
Hagåtña, Guam 96910
Telephone: (671) 477-6631/32
Facsimile:  (671) 477-8831

Attorney for Qui tam Plaintiff,
*David M. Martinez*
```


FILED
DISTRICT COURT OF GUAM
OCT 20 2005
MARY L.M. MORAN
CLERK OF COURT

## UNITED STATES DISTRICT COURT
## FOR THE
## TERRITORY OF GUAM

| | |
|---|---|
| DAVID M. MARTINEZ, individually as Qui tam Plaintiff, and on behalf of the GOVERNMENT OF THE UNITED STATES OF AMERICA,<br><br>    Qui tam Plaintiff,<br><br>vs.<br><br>GOVERNMENT OF GUAM, GUAM MEMORIAL HOSPITAL AUTHORITY, GUAM MEMORIAL HOSPITAL AUTHORITY BOARD OF TRUSTEES, JOHN PANGELINAN, individually, and in his capacity as HOSPITAL COMPTROLLER, AND DOES 1-50 inclusive.<br><br>    Defendants. | CIVIL CASE NO: 04-00037<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

**NOTICE IS HEREBY GIVEN** that Plaintiff hereby voluntarily dismisses the above-captioned legal action <u>without</u> prejudice pursuant to Rule 41 (a)(1)(i) of Federal Rules of Civil Procedure.

Dated: 10/20/05

Attorney for Plaintiff

By: _____
**MARK S. SMITH, ESQ.**

Civil/Dave Martinez
not.of.vol.dismissal.w.out.prej.