MICHAEL F. HERTZ
MICHAEL GRANSTON
JAMIE ANN YAVELBERG
Attorneys, Department of Justice
Civil Division
Post Office Box 261
Ben Franklin Station
Washington, DC 20044
Tel: (202) 514-6514
Fax: (202) 305-7797

LEONARDO M. RAPADAS
United States Attorney
MIKEL W. SCHWAB
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910
Tel:(671) 472-7332
Fax: (671) 472-7215

Attorneys for the United States of America

**FILED**
DISTRICT COURT OF GUAM
OCT 20 2005
MARY L.M. MORAN
CLERK OF COURT

THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel. DAVID M. MARTINEZ,<br><br>　　　　Plaintiffs,<br><br>　　　v.<br><br>GOVERNMENT OF GUAM, GUAM MEMORIAL HOSPITAL AUTHORITY, GUAM MEMORIAL HOSPITAL AUTHORITY BOARD OF TRUSTEES, JOHN PANGELINAN, individually, and in his capacity as HOSPITAL COMPTROLLER, and DOES 1-50 inclusive,<br><br>　　　　Defendants. | CIVIL CASE NO. 04-00037<br><br>**FILED EX PARTE AND UNDER SEAL** |

**THE GOVERNMENT'S NOTICE OF ELECTION TO**
**DECLINE INTERVENTION**

Pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4)(B), the United States notifies the Court of its decision not to intervene in this action.

Although the United States declines to intervene, we respectfully refer the Court to 31 U.S.C. § 3730(b)(1), which allows the relator to maintain the action in the name of the United States; providing, however, that the "action may be dismissed only if the court and the Attorney General give written consent to the dismissal and their reasons for consenting." *Id.* Therefore, the United States requests that, should either the relator or the defendant propose that this action be dismissed, settled, or otherwise discontinued, this Court solicit the written consent of the United States before ruling or granting its approval.

Furthermore, pursuant to 31 U.S.C. § 3730(c)(3), the United States requests that all pleadings filed in this action be served upon the United States; the United States also requests that orders issued by the Court be sent to the Government's counsel. The United States reserves its right to order any deposition transcripts and to intervene in this action, for good cause, at a later date.

//
//
//
//
//
//
//
//
//
//
//
//
//

Finally, the Government requests that the relator's Complaint, this Notice, and the attached proposed Order be unsealed. The United States requests that all other papers on file in this action remain under seal because in discussing the content and extent of the United States' investigation, such papers are provided by law to the Court alone for the sole purpose of evaluating whether the seal and time for making an election to intervene should be extended.

A proposed order accompanies this notice.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

LEONARDO M. RAPADAS
United States Attorney

MIKEL SCHWAB
Assistant United States Attorney
Sirena Plaza
108 Hernan Cortez
Suite 500
Hagatna, Guam 96910
Tel: (671) 472-7332
Fax:: (671) 472-7334

MICHAEL F. HERTZ
MICHAEL D. GRANSTON
JAMIE ANN YAVELBERG
Attorneys, Department of Justice
Civil Division
Post Office Box 261
Ben Franklin Station
Washington, DC 20044
Tel: (202) 514-2471
Fax:: (202) 616-3085

Dated: Oct. 20, 2005

# CERTIFICATE OF SERVICE

I hereby certify a true and correct copy of the foregoing Government's Notice of Election to Decline Intervention and a proposed order were served upon the below-listed relator's attorney by the method indicated on October 20, 2005.

Mark S. Smith
Law Offices of Mark S. Smith
456 West O'Brien Drive
Suite 102-D
Hagatna, Guam 96910

[x] By Facsimile
[ ] By U.S. Mail - postage prepaid
[ ] By Hand Delivery
[ ] By Overnight Courier
[ ] By Electronic Mail

*Marie Chenery*
Marie Chenery
Paralegal
U.S. Attorney's Office