FILED
DISTRICT COURT OF GUAM
OCT 21 2005
MARY L.M. MORAN
CLERK OF COURT

DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| DAVID M. MARTINEZ, individually as Qui tam Plaintiff, and on behalf of the GOVERNMENT OF THE UNITED STATES OF AMERICA,<br><br>Qui tam Plaintiff,<br><br>vs.<br><br>GOVERNMENT OF GUAM, GUAM MEMORIAL HOSPITAL AUTHORITY, GUAM MEMORIAL HOSPITAL AUTHORITY BOARD OF TRUSTEES, JOHN PANGELINAN, individually, and in his capacity as HOSPITAL COMPTROLLER, AND DOES 1-50 inclusive,<br><br>Defendants. | Civil Case No. 04-00037<br><br>**ORDER** |

Relator David M. Martinez filed this *qui tam* action on behalf of the United States on August 5, 2004. On September 21, 2005, the Court denied the Government's second request for an extension and directed the Government to make its election regarding intervention not later than October 20, 2005. (Docket No. 16.)

On October 20, 2005, the Plaintiff filed a notice of voluntary dismissal. (Docket No. 19.) On October 20, 2005, the Government advised the Court that it had elected to decline intervention at this time. (Docket No. 20.) The Government, however, requested that the Court solicit the written consent of the Government before ruling on or granting its

ORIGINAL

approval of a dismissal, settlement, or discontinuance of this action.

Pursuant to 31 U.S.C. § 3730

> [a] person may bring a civil action for a violation of section 3729 for the person and for the United States Government. The action shall be brought in the name of the Government. The action may be dismissed only if the court and the Attorney General give written consent to the dismissal and their reasons for consenting.

31 U.S.C. § 3730(b)(1). Accordingly, the Court hereby sets this matter for a status conference on Thursday, October 27, 2005 at 10:00 a.m. in the chambers of the below-signed judge to discuss the status of this case and determine whether it should continue to remain sealed.

**SO ORDERED** this 21st day of October 2005.

JOAQUIN V.E. MANIBUSAN, JR.
U.S. MAGISTRATE JUDGE