FILED
DISTRICT COURT OF GUAM
OCT 27 2005
MARY L.M. MORAN
CLERK OF COURT

DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| DAVID M. MARTINEZ, individually as Qui tam Plaintiff, and on behalf of the GOVERNMENT OF THE UNITED STATES OF AMERICA,<br><br>Qui tam Plaintiff,<br><br>vs.<br><br>GOVERNMENT OF GUAM, GUAM MEMORIAL HOSPITAL AUTHORITY, GUAM MEMORIAL HOSPITAL AUTHORITY BOARD OF TRUSTEES, JOHN PANGELINAN, individually, and in his capacity as HOSPITAL COMPTROLLER, AND DOES 1-50 inclusive,<br><br>Defendants. | Civil Case No. 04-00037<br><br><br>MINUTES |

( ) SCHEDULING CONFERENCE  ( ) PRELIMINARY PRETRIAL CONFERENCE

( ) FINAL PRETRIAL CONFERENCE  (√) STATUS CONFERENCE
(October 27, 2005 at 10:05 a.m.)

**Notes**: Attorney Mark Smith appeared on behalf of the Plaintiff. Assistant U.S. Attorney Mikel Schwab appeared on behalf of the United States.

The government agreed to the dismissal of this action without prejudice. Pursuant to 31 U.S.C. § 3730(b)(1), the government will submit its written consent to the dismissal and its reasons for consenting.

**ORIGINAL**

The Court stated that the case will now be unsealed, but as requested by the government, certain pleadings will continue to remain sealed. The documents presently filed which shall remain sealed are as follows: Docket Nos. 3 and 5 through 18, inclusive.

The conference concluded at 10:15 a.m.

Dated: October 27, 2005.

_____
JUDITH P. HATTORI
Law Clerk