

DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| DAVID M. MARTINEZ, individually as Qui tam Plaintiff, and on behalf of the GOVERNMENT OF THE UNITED STATES OF AMERICA,<br><br>Qui tam Plaintiff,<br><br>vs.<br><br>GOVERNMENT OF GUAM, GUAM MEMORIAL HOSPITAL AUTHORITY, GUAM MEMORIAL HOSPITAL AUTHORITY BOARD OF TRUSTEES, JOHN PANGELINAN, individually, and in his capacity as HOSPITAL COMPTROLLER, AND DOES 1-50 inclusive,<br><br>Defendants. | Civil Case No. 04-00037<br><br><br><br>ORDER |

Based on the government's decision to decline intervention at this time, the Court hereby unseals the above-captioned action at this time. The Court, however, will continue to seal the following docket entries only: Docket Nos. 3, and 5 through 18, inclusive.

**SO ORDERED** this 27th day of October 2005.

JOAQUIN V.E. MANIBUSAN, JR.
U.S. MAGISTRATE JUDGE

**ORIGINAL**