# DISTRICT COURT OF GUAM

**4th Floor, U.S. Courthouse**
**520 West Soledad Avenue**
**Hagåtña, Guam  96910**

David M. Martinez, etc.,

Plaintiff,

vs.

Government of Guam, et al.,

Defendant.

Case No. 1:04-cv-00037

**CERTIFICATE OF SERVICE**

The following office(s)/individual(s) acknowledged receipt of the *Minutes of Status Conference filed October 27, 2005 and Order filed October 27, 2005* on the dates indicated below:

The Law Offices of Mark S. Smith
*October 31, 2005*

Office of the United States Attorney
*October 28, 2005*

I, Renee M. Martinez, declare under the penalty of perjury that on the above listed date(s) the:

Minutes of Status Conference filed October 27, 2005 and Order filed October 27, 2005

was served on the above listed entities in the manner shown, and that I prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Date: October 31, 2005

/s/ Renee M. Martinez
Deputy Clerk