ORIGINAL

MICHAEL F. HERTZ
MICHAEL GRANSTON
JAMIE ANN YAVELBERG
Attorneys, Department of Justice
Civil Division
Post Office Box 261
Ben Franklin Station
Washington, DC 20044
Tel: (202) 514-6514
Fax: (202) 305-7797

LEONARDO M. RAPADAS
United States Attorney
MIKEL W. SCHWAB
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910
Tel:(671) 472-7332
Fax: (671) 472-7215

Attorneys for the United States of America

**FILED**
DISTRICT COURT OF GUAM
NOV - 8 2005
MARY L.M. MORAN
CLERK OF COURT

THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel. DAVID M. MARTINEZ, <br><br> Plaintiffs, <br><br> v. <br><br> GOVERNMENT OF GUAM, GUAM MEMORIAL HOSPITAL AUTHORITY, GUAM MEMORIAL HOSPITAL AUTHORITY BOARD OF TRUSTEES, JOHN PANGELINAN, individually, and in his capacity as HOSPITAL COMPTROLLER, and DOES 1-50 inclusive, <br><br> Defendants. | CIVIL CASE NO. 04-00037 <br><br> ~~FILED EX PARTE AND UNDER SEAL~~ |

**THE GOVERNMENT'S NOTICE OF CONSENT TO**

**RELATOR'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

| | |
|---|---|
| 1 | Pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4)(B), the United States, having |
| 2 | investigated this matter, consulted with appropriate governmental officials about relator's |
| 3 | allegations, reviewed applicable rules and regulations, and considered the totality of the |
| 4 | circumstances, has made the determination that dismissal of this action without prejudice is |
| 5 | commensurate with the public interest, and therefore notifies the Court that it consents to |
| 6 | relator's voluntary dismissal of this action without prejudice. The United States has consulted |
| 7 | with Relator and his counsel regarding this filing. |
| 8 | A proposed order accompanies this notice. |

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General
LEONARDO M. RAPADAS
United States Attorney

_____
MIKEL W. SCHWAB
Assistant United States Attorney
Sirena Plaza
108 Hernan Cortez
Suite 500
Hagatna, Guam 96910
Tel: (671) 472-7332
Fax:: (671) 472-7334

MICHAEL F. HERTZ
MICHAEL D. GRANSTON
JAMIE ANN YAVELBERG
Attorneys, Department of Justice
Civil Division
Post Office Box 261
Ben Franklin Station
Washington, DC 20044
Tel: (202) 514-2471
Fax:: (202) 616-3085

Dated: Nov 8 , 2005

2

CERTIFICATE OF SERVICE

I hereby certify a true and correct copy of the foregoing Notice of Consent to Relator's Notice of Voluntary Dismissal Without Prejudice and a proposed order were served upon the below-listed relator's attorney by the method indicated on Nov 8, 2005.

Mark S. Smith
Law Offices of Mark S. Smith
456 West O'Brien Drive
Suite 102-D
Hagatna, Guam 96910

[ ] By Facsimile
[ ] By U.S. Mail - postage prepaid
[X] By Hand Delivery
[ ] By Overnight Courier
[ ] By Electronic Mail

*Frances B. Leon Guerrero*



RECEIVED
NOV - 8 2005
DISTRICT COURT OF GUAM
HAGATNA, GUAM