MICHAEL F. HERTZ
MICHAEL GRANSTON
JAMIE ANN YAVELBERG
Attorneys, Department of Justice
Civil Division
Post Office Box 261
Ben Franklin Station
Washington, DC 20044
Tel: (202) 514-6514
Fax: (202) 305-7797

LEONARDO M. RAPADAS
United States Attorney
MIKEL W. SCHWAB
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910
Tel:(671) 472-7332
Fax: (671) 472-7215

Attorneys for the United States of America

FILED
DISTRICT COURT OF GUAM
NOV 14 2005
MARY L.M. MORAN
CLERK OF COURT

THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel. DAVID M. MARTINEZ,<br><br>Plaintiffs,<br><br>v.<br><br>GOVERNMENT OF GUAM, GUAM MEMORIAL HOSPITAL AUTHORITY, GUAM MEMORIAL HOSPITAL AUTHORITY BOARD OF TRUSTEES, JOHN PANGELINAN, individually, and in his capacity as HOSPITAL COMPTROLLER, and DOES 1-50 inclusive,<br><br>Defendants. | CIVIL CASE NO. 04-00037<br><br><br>**ORDER OF DISMISSAL** |

The Relator having filed a notice of voluntary dismissal of this action without prejudice, and the United States having consented and given its reason therefor, the Court hereby orders

ORIGINAL

that this the case shall be dismissed without prejudice.

SO ORDERED this __14__ day of November 2005.

_____
ROBERT CLIVE JONES*
District Judge

---

\* The Honorable Robert Clive Jones, United States District Judge for the District of Nevada, sitting by designation.

2