# DISTRICT COURT OF GUAM
# TERRITORY OF GUAM

| | |
|---|---|
| David M. Martinez, etc., | Civil Case No. 1:04-cv-00037 |
| Plaintiff, | |
| vs. | **J U D G M E N T** |
| Government of Guam, et al., | |
| Defendants. | |

**Judgment is hereby entered in accordance with the Order of Dismissal filed November 14, 2005.**

/s/ Mary L.M. Moran
Clerk of Court