# DISTRICT COURT OF GUAM

**4th Floor, U.S. Courthouse**
**520 West Soledad Avenue**
**Hagåtña, Guam 96910**

| | |
|---|---|
| David M. Martinez, etc., | Case No. 1:04-cv-00037 |
| Plaintiff, | |
| vs. | |
| Government of Guam, et al., | **CERTIFICATE OF SERVICE** |
| Defendants. | |

The following office(s)/individual(s) acknowledged receipt of the *Judgment filed November 14, 2005 and Notice of Entry filed November 14, 2005,* on the dates indicated below:

| | |
|---|---|
| The Law Offices of Mark S. Smith | Office of the United States Attorney |
| *November 15, 2005* | *November 15, 2005* |

I, Renee M. Martinez, declare under the penalty of perjury that on the above listed date(s) the:

Judgment filed November 14, 2005 and Notice of Entry filed November 14, 2005

were served on the above listed entities in the manner shown, and that I prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Date: November 15, 2005          /s/ Renee M. Martinez
                                       Deputy Clerk